```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA
                                                 OCT 18 2000
                                              2000 OCT 18 PM 1:42
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA   LORETTA G. WHYTE
                                                     CLERK
```

EXQUISITO SERVICES, INC., ET AL.            CIVIL ACTION

VERSUS                                      NO. 00-0049

ARAMARK SPORTS, ET AL.                      SECTION "S"


O R D E R

More than 120 days have elapsed since the filing of the complaint in this action. The record reflects that service has not been effected upon one or more defendants. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, and the party on whose behalf such service was required cannot show good cause why such service was not made within that period, the action shall be dismissed as to the defendant without prejudice upon the Court's own initiative with notice to such party or upon motion.

Accordingly,

IT IS ORDERED that plaintiff show good cause in writing within thirty days why service of process has not been effected, or the unserved defendants will be dismissed without notice.

New Orleans, Louisiana, this  17  day of October, 2000.

                              _____
                                 MARY ANN VIAL LEMMON
                              UNITED STATES DISTRICT JUDGE


DATE OF ENTRY
OCT 18 2000

Fee _____
Process _____
X Dktd ___16___
__ CtRmDep _____
Doc.No. __5__