FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC -5 PM 4: 12

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EXQUISITO SERVICES, INC., ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-0049 |
| ARAMARK SPORTS, ET AL. | SECTION "S" |

ORDER & JUDGMENT

For failure to comply with the Court's Orders of October 18, 2000 ,(Doc. #5);

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's claims and demands are hereby **DISMISSED, WITHOUT PREJUDICE, FOR FAILURE TO PROSECUTE**, against the defendants, Joseph Neubauer and Aramark Sports and Entertainment Services, Inc.

New Orleans, Louisiana, this _5_ day of _December_ 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
DEC 0 6 2000

Fee_____
Process___
X  Dktd___
___ CtRmDep
Doc.No. 6