U.S. DISTRICT COURT
Eastern District of Louisiana

FILED **DEC 13 2000**

LORETTA G. WHYTE
Clerk

| | |
|---|---|
| EXQUISITO SERVICES, INC., ET AL | CIVIL ACTION |
| VERSUS | NO. 00-0049 |
| ARAMARK SPORTS, ET, AL | SECTION: "S" (5) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR RECONSIDERATION

W.D.D.

**NOW COMES** into court, ~~defendants Exquisito Services, Inc.~~, and Williams D. Dickerson and upon suggestion to the court that this case be dismissed with out prejudice and for failure to prosecute on the 5th day of December 2000.

Movers shows the defendant was served within the required time because this case was originally filed in District Court and defendant had the case moved to federal court.

Movers show that the defendant has failed to cooperate throughout these proceedings, that plaintiffs have had outstanding discovery for months. Attempts to get the plaintiff to response for months without success have been made.

Movers were in the process of preparing a Motion to Compel in this matter. A letter dated December 7, 2000 was placed in the mail Certified Mail Returned Receipt to defendants requesting a reply to discovery.

I William Dickerson have attempted to represented myself in this matter, but will retain legal counsel, however I will attempt to move this case forward.

There are important issues in this matter and serious rights have violated. Therefore good cause exist for reconsideration.

**WHEREFORE,** movers pray that the court will find good cause and reinstate the case.

Respectfully submitted:

*William D. Dickerson*
William D. Dickerson
In Proper Person
8508 Shady Knoll Place
Baton Rouge, LA. 70818
(225) 262-0512

DATE OF ENTRY
DEC 1 4 2000

EXQUISITO SERVICES, INC., ET AL       CIVIL ACTION

VERSUS                                NUMBER: 00-0049

ARAMARK SPORTS, ET AL                 SECTION: "S"
*********************************************************************

## ORDER

**CONSIDERING THE FOREGOING**:

**IT IS HEREBY ORDERED**, that the Motion for Reconsideration in the above entitled ~~case be reinstated on ____, day of ____, 2000 or~~ be set for a hearing on __10__, day of __January__, 2000. *Counsel for plaintiff must appear at the hearing with plaintiff.*

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EXQUISITO SERVICES, INC., ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0049** |
| **ARAMARK SPORTS, ET, AL** | **SECTION: "S"** |

*******************************************************************

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served upon McGlinchey & Stafford, Attention: Craig Caesar, 643 Magazine Street, New Orleans, La. 70130, counsel of record by service method indicated below:

        [X]    U. S. Postal Service
        [ ]    Hand Delivery
        [ ]    Facsimile
        [ ]    Other

Baton Rouge, Louisiana this _12_ day of _December_, 2000.

                                                        William D. Dickerson