```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF L

                                         2001 JAN 10 PM 5:03

                                          LORETTA G. WHYTE
                                               CLERK
```

MINUTE ENTRY
VIAL LEMMON, J.
JANUARY 10, 2001 AT 10:00 A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EXQUISITO SERVICES, INC. ET AL | CIVIL ACTION |
| VERSUS | NO. 00-49 |
| ARAMARK SPORTS ET AL | SECTION "S" |

JUDGE MARY ANN VIAL LEMMON PRESIDING

**WEDNESDAY, JANUARY 10, 2001 AT 10:00 A.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT REPORTER:   Betty Ferrier

APPEARANCES: Craig L. Caesar, for Aramark Sports
             No appearance by plaintiff

**MOTION OF WILLIAM D. DICKERSON FOR RECONSIDERATION (#49)**

Motion denied

DATE OF ENTRY
JAN 11 2001