FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 11  AM 8:57

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**EXQUISITO SERVICES, INC., *et al.***          **CIVIL ACTION**

**VERSUS**                                       **NO: 00-0049**

**ARAMARK, INC., *et al.***                      **SECTION: "S" (5)**

## ORDER AND REASONS

Plaintiff Williams D. Dickerson has moved for reconsideration of the court's December 6, 2000 Order and Judgment dismissing this case without prejudice for failure to prosecute (Document 17).  **IT IS ORDERED** that plaintiff's motion is hereby **DENIED.**

New Orleans, La. this _10_ day of January, 2001.


**Mary Ann Vial Lemmon**
**United States District Judge**


DATE OF ENTRY

JAN 1 1 2001