off

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 JAN 10 PM 1:07
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| WILLIAM D. DICKERSON & EXQUISITO SERVICES, INC., ET AL | CIVIL ACTION |
| VERSUS | NO. 00-0049 |
| ARAMARK, INC, ET AL | SECTION: "S" |

*************************************************************

## MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW COME**, plaintiffs through undersigned counsel, and upon suggesting to the Court that they have retained the service of Linda Ritzie, and that they desire that she be entered as counsel of record in this matter, and that Linda Ritzie desires to be recognized as counsel of record on behalf of the plaintiffs in this matter

**WHEREFORE**, plaintiffs pray that Linda Ritzie be entered as counsel of record on their behalf in this matter.

Respectfully submitted:

_____
Linda Ritzie, Bar Roll # 20342
921 N. Lobdell Ave., Ste. G
Baton Rouge, LA 70806
(225) 925-0586

DATE OF ENTRY JAN 12 2001

___Fee
___Process
_X_Dktd
___CtRmDep
___Doc.No. 10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM D. DICKERSON & <br> EXQUISITO SERVICES, INC., ET AL | CIVIL ACTION |
| VERSUS | NO. 00-0049 |
| ARAMARK INC, ET AL | SECTION: "S" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing Motion to Enroll as Counsel of Record;

**IT IS ORDERED** that Linda Ritzie be and is hereby entered and recognized as counsel of record on behalf of plaintiffs in this matter.

New Orleans, Louisiana, this _11_ day of January, 2001.

_____
FEDERAL DISTRICT COURT JUDGE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM D. DICKERSON & EXQUISITO SERVICES, INC., ET AL | CIVIL ACTION |
| VERSUS | NO. 00-0049 |
| ARAMARK, INC, ET AL | SECTION: "S" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the above and foregoing Motion to Enroll as Counsel of Record has been served on counsel for defendant, Craig Caesar, McGlinchey & Stafford, 643 Magazine Street, New Orleans, La 70130, VIA U.S. Postal Mail, properly addressed and stamped.

Baton Rouge, Louisiana, this 10th day of January, 2001.

_____
Linda Ritzie