```
                                    FILED
                                U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA
                                   AUG 3 1 2001
                               2001 AUG 31  A 11: 22
                                 LORETTA G. WHYTE
                                       CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
AUGUST 29, 2001

UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EQUISITO SERVICES, INC., ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 00-0049 |
| ARAMARK, INC., FORMERLY KNOWN AS A.R.A., INC., ET AL. | SECTION: "S"(5) |

Oral argument on Plaintiffs' Motion to Amend Complaint will be conducted on October 3, 2001 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

ALMA L. CHASEZ<br>UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
AUG 3 1 2001

