```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                     2001 SEP 24 PM 4:58

                                      LORETTA G. WHYTE
                                           CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXQUISITO SERVICES, INC. AND | * | CIVIL ACTION |
| WILLIAM DICKERSON | * | NO. 00-0049 |
|    Plaintiffs | * | |
| | * | |
| VERSUS | * | SECTION "S" |
| | * | |
| ARAMARK, INC., FORMERLY | * | |
| KNOWN AS A.R.A., INC.; AND | * | MAGISTRATE "5" |
| JOSEPH NEUBAUER | * | |
|    Defendants | * | |

\* \* \* \* \* \* \* \*

### EX PARTE MOTION AND INCORPORATED MEMORANDUM
### SEEKING LEAVE TO FILE AFFIDAVIT AND
### ATTACHED EXHIBITS UNDER SEAL

Defendant, ARAMARK Sports and Entertainment Services, Inc. ("ARAMARK" or "Defendant"), respectfully moves this Court to allow ARAMARK to file under seal an affidavit of an ARAMARK employee, along with certain exhibits attached thereto, as Exhibit "A" to the Memorandum in Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint ("Opposition Memo"). In its Opposition Memo, ARAMARK submits that the amount in controversy exceeds the $75,000 jurisdictional amount specified in 28 U.S.C. § 1332, and to provide the proof needed to establish that assertion, is filing with the Court the Affidavit of Deborah Vegh, ARAMARK's Southeastern Regional Finance Director of the Convention Center Division. In that affidavit, and in the copies of the internal records attached thereto, confidential,

DATE OF ENTRY
SEP 27 2001

proprietary business information belonging to ARAMARK is set forth. Although the parties have discussed a confidentiality order to guard against the public disclosure of such information, such order has not yet been accepted by counsel for the Plaintiffs. Out of an abundance of caution, ARAMARK desires this Court to allow it to file the affidavit and exhibits under seal, for inspection by the Court and counsel of record only. In addition, ARAMARK requests that Plaintiffs' counsel be directed not to disclose the information contained in the affidavit or exhibits, and not to copy or disseminate those items beyond Plaintiffs' counsel. In order to ensure the continued confidentiality of the information contained in the affidavit exhibits, the filing of the affidavit and the exhibits under seal is necessary and appropriate.

        Respectfully submitted,

E. FREDRICK PREIS, JR. (10704)
CRAIG L. CAESAR, T.A. (19235)
McGLINCHEY STAFFORD
A Professional Limited Liability Company
643 Magazine Street
New Orleans, LA 70130
Telephone (504) 586-1200
Fax (504) 596-2800

**ATTORNEYS FOR ARAMARK SPORTS
AND ENTERTAINMENT SERVICES, INC.
AND JOSEPH NEUBAUER**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this day been forwarded to all counsel of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed this 24th day of September, 2001.

                                              Craig L. Caesar

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXQUISITO SERVICES, INC. AND | * | CIVIL ACTION |
| WILLIAM DICKERSON | * | NO. 00-0049 |
|     Plaintiffs | * | |
| | * | |
| VERSUS | * | SECTION "S" |
| | * | |
| ARAMARK, INC., FORMERLY | * | |
| KNOWN AS A.R.A., INC.; AND | * | MAGISTRATE "5" |
| JOSEPH NEUBAUER | * | |
|     Defendants | * | |
| *   *   *   *   *   *   *   * | | |

## ORDER

CONSIDERING the foregoing Motion to File Exhibit Under Seal:

IT IS HEREBY ORDERED that Defendant, ARAMARK Sports and Entertainment Services, Inc. ("ARAMARK" or "Defendant") be and is hereby allowed to file under seal the Affidavit of Deborah Vegh and the exhibits attached thereto, which are annexed as Exhibit A to the Memorandum in Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint;

IT IS FURTHER ORDERED that Plaintiffs' counsel be directed not to disclose the information contained in the affidavit or exhibits, and not to copy or disseminate those items

beyond Plaintiffs' counsel.

New Orleans, Louisiana, this 25 day of Sept, 2001.

Magistrate _____
              JUDGE

290017.1

# SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED