FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 OCT -3 P 3:08
LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
OCTOBER 3, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EQUISITO SERVICES, INC., ET AL. — CIVIL ACTION

VERSUS — NUMBER: 00-0049

ARAMARK, INC., FORMERLY KNOWN AS A.R.A., INC., ET AL. — SECTION: "S"(5)

HEARING ON MOTION

APPEARANCES:

MOTION:

(1) Plaintiff's Motion to Amend Complaint to Add Additional Party (scheduled for hearing on October 3, 2001).

__1__: Continued to October 10, 2001 at 11:00 a.m.

_____: No Opposition

__1__: Opposition

DATE OF ENTRY
OCT 03 2001

Fee____
Process____
X Dktd ____
CtRmDep____
Doc.No. 24

______: Local Rules 37.1E, 33.2, 36.1, 7.1E

ORDERED

______: Dismissed as moot.

______: Dismissed for failure of counsel to appear.

______: Granted.

______: Denied.

______: Other.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE