```
                                                    FILED
                                              U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF LA

                                              2001 OCT 11  PM 12:44

                                              LORETTA G. WHYTE
                                                   CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
OCTOBER 10, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EQUISITO SERVICES, INC., ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 00-0049 |
| ARAMARK, INC., FORMERLY KNOWN AS A.R.A., INC., ET AL. | SECTION: "S"(5) |

### HEARING ON MOTION

APPEARANCES:   Linda Ritzie, Craig Caesar

MOTION:

(1)   Plaintiff's Motion to Amend Complaint to Add Additional Party

_____ :   Continued to

_____ :   No Opposition

__1__ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.1E

DATE OF ENTRY
OCT 11 2001

Fee_____
Process____
X /Dktd_____
__/CtRmDep_____
Doc.No. 25

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

\_\_1\_\_ :   Denied. The proposed amendment comes too late and the party sought to be added is not needed for a complete adjudication.

_____ :   Other.

_/s/ ALC_
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE