

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EXQUISITO SERVICES INC. ET AL.          CIVIL ACTION

VERSUS                                   NO: 00-0049

ARAMARK INC. ET AL.                      SECTION: "S" (5)

**IT IS ORDERED** that the parties contact Magistrate Judge Alma L. Chasez within 10 days for the purpose of conducting a settlement conference.  Settlement conference must be held before pre-trial.

New Orleans, Louisiana this 16th day of November, 2001.

_____
         **MARY ANN VIAL LEMMON**
         **UNITED STATES DISTRICT JUDGE**

DATE OF ENTRY

NOV 1 9 2001

