FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV 21  AM 10: 41

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXQUISITO SERVICES, INC. AND | * | CIVIL ACTION |
| WILLIAM DICKERSON | * | NO. 00-0049 |
|    Plaintiffs | * | |
| | * | |
| VERSUS | * | SECTION "S" |
| | * | |
| ARAMARK, INC., FORMERLY | * | |
| KNOWN AS A.R.A., INC.; AND | * | MAGISTRATE "5" |
| JOSEPH NEUBAUER | * | |
|    Defendants | * | |

\* \* \* \* \* \* \* \*

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
## FOR EXTENSION OF CERTAIN PRETRIAL DEADLINES

NOW INTO COURT, through undersigned counsel, comes defendant, ARAMARK Sports and Entertainment Services, Inc. ("ARAMARK" or "Defendant"), who respectfully requests this Court to extend certain of the pretrial deadlines set by the Court in its July 26, 2001 Scheduling Order. Specifically, Defendant seeks to have the deadlines for the following actions extended as follows:

1. Defendant's written report of experts due on November 26, 2001 to be extended to January 4, 2001.

2. The filing of Plaintiffs' and Defendant's Witness and Exhibit List due on November 26, 2001 to be extended to January 4, 2001.

3. The discovery deadline for both Plaintiffs and Defendant set for December 26,

DATE OF ENTRY
NOV 27 2001

2001 to be extended to January 16, 2001.

Discovery in this case is ongoing. In view of the dispute concerning Plaintiffs' request to amend the Complaint to add an additional party which required close to two months to resolve, and in view of the impending Settlement Conference, which is to be scheduled in December, Defendant respectfully requests that the above recited deadlines be extended. In order to ensure that the materials to be provided on the deadlines are as complete and accurate as possible, the requested extensions are needed.

Counsel for Plaintiffs, Linda Ritzie, Esq., has no objection to the filing of this motion.

Respectfully submitted this 21st day of November, 2001.

E. FREDRICK PREIS, JR. (10704)
CRAIG L. CAESAR, T.A. (19235)
McGLINCHEY STAFFORD
A Professional Limited Liability Company
643 Magazine Street
New Orleans, LA 70130
Telephone (504) 586-1200
Fax (504) 596-2800

**ATTORNEYS FOR ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC. AND JOSEPH NEUBAUER**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this day been forwarded to all counsel of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed this 21st day of November, 2001.

                                              Craig L. Caesar

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXQUISITO SERVICES, INC. AND | * | CIVIL ACTION |
| WILLIAM DICKERSON | * | NO. 00-0049 |
|    Plaintiffs | * | |
| | * | |
| VERSUS | * | SECTION "S" |
| | * | |
| ARAMARK, INC., FORMERLY | * | |
| KNOWN AS A.R.A., INC.; AND | * | MAGISTRATE "5" |
| JOSEPH NEUBAUER | * | |
|    Defendants | * | |
| * * * * * * * * | | |

## O R D E R

CONSIDERING the foregoing Motion and Incorporated Memorandum for Extension of Certain Pretrial Deadlines:

IT IS HEREBY ORDERED that the Motion be GRANTED, and that the deadlines set forth in the attached Motion be extended as specified.

New Orleans, Louisiana, this 26 day of November, 2001.

                                                           _____
                                      Magistrate JUDGE

301370 1