```
                                           FILED
                                     U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                     2001 DEC -7 AM 11:10

                                        LORETTA G. WHYTE
                                              CLERK
```

**MINUTE ENTRY**
**CHASEZ, M.J.**
**DECEMBER 6, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EXQUISITO SERVICES INC., ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 00-0049 |
| ARAMARK INC., ET AL. | SECTION: "S"(5) |

A settlement conference in the above matter is hereby **SCHEDULED** for January 4, 2002 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

　　　　　　　　　　　　　　　　　　　ALMA L. CHASEZ
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
DEC 0 7 2001

