FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN -4  PM 4:42

LORETTA G. WHYTE
        CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EXQUISITO SERVICES, INC. AND WILLIAM DICKERSON<br>    Plaintiffs | CIVIL ACTION<br>NO. 00-0049 |
| VERSUS | SECTION "S" |
| ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC. AND JOSEPH NEUBAUER,<br>    Defendants | MAG. DIV. 5 |

## DEFENDANT'S PROPOSED WITNESS AND EXHIBIT LISTS

**NOW INTO COURT,** through undersigned counsel, comes defendant, ARAMARK Sports and Entertainment Services, Inc. ("Defendant" or "ARAMARK")[1], and in accordance with the July 26, 2001 Scheduling Order of this Court, as amended by the Court's November 26, 2001 Order, respectfully submits its Proposed Witness and Exhibit Lists. ARAMARK reserves the right,

---

[1] Joseph Neubauer, an employee of an affiliate of Defendant, was also named as a defendant in this case. Mr. Neubauer had no connection to any of the matters that are at issue in this litigation and has no involvement with the day-to-day activities of Defendant. In the Answer filed in this litigation, the Court's lack of personal jurisdiction over Mr. Neubauer was raised as an affirmative defense. To preserve this defense, only Defendant ARAMARK is filing the Proposed Witness and Exhibit Lists. Counsel for Mr. Neubauer will seek his dismissal either by consent of the parties or by motion.

307618.2

consistent with the orders of this Court, to amend these proposed lists prior to the trial of this matter.

## Witness List

ARAMARK may call the following witnesses to testify at the trial of the matter:

### Currently employed by ARAMARK

| | Name | Current Title |
|---|---|---|
| 1. | Deborah Vegh | Southeastern Regional Finance Director of the Convention Center Division |

### Formerly employed by ARAMARK and/or ARA Leisure Services, Inc.

| | Name | Former Title |
|---|---|---|
| 2. | Michael Kelly | Senior Vice President and Associate General Counsel |
| 3. | Mark Toll | Regional Vice President |

### Other

| | | |
|---|---|---|
| 4. | William Dickerson | Former Principal of Exquisito Services, Inc. |
| 5 | Carlton Pecot | Former Principal of Exquisito Services, Inc. |
| 6. | William Aaron, Esq., | Mr. Dickerson's attorney as of July 1989 |

7. Representative(s), including former or current employees and/or legal counsel, of New Orleans Public Facility Management, Inc.

8. Representative(s), including former or current employees and/or legal counsel, of Ernest N. Morial New Orleans Exhibition Hall Authority

9. Representative(s), including former or current employees and/or legal counsel, of the

New Orleans Convention Center.

10. Any witness subsequently identified in discovery in this matter.

11. Any witness required to rebut the testimony of any other witness called to testify in this matter.

12. Any witness whose testimony is required to support the authenticity or admissibility of any document offered into evidence as an exhibit at the trial of this matter.

### Exhibit List

ARAMARK may utilize the following exhibits at the trial of this matter:

1. 12/13/1983 Joint Venture/Partnership Agreement between ARA Leisure Services, Inc. and Exquisito Services, Inc.

2. 12/7/1984 Addendum to Joint Venture/Partnership Agreement between ARA Leisure Services, Inc. and Exquisito Services, Inc.

3. 12/13/1983 Food/Beverage Concession Contract for the New Orleans Convention Center between New Orleans Public Facility Management, Inc. and the joint adventure/partnership comprised of ARA Leisure Services, Inc. and Exquisito Services, Inc.

4. 12/31/1988 Addendum to Food/Beverage Concession Contract for the New Orleans Convention Center between New Orleans Public Facility Management, Inc. and ARA Leisure Services, Inc.

5. 9/7/1989 Letter from Stephen M. Chouest to Michael C. Kelly, Esq. re: New Orleans Convention Center.

6. 7/19/1989 Letter from Stephen M. Chouest to Dan N. Saunders, Jr. re: ARA.

7. 7/5/1989 Letter from Stephen M. Chouest to Dan N. Saunders, Jr. re: Exquisito Services, Inc. Joint Venture with ARA Leisure Services, Inc., ARA Request for NOPFMI Consent to Assignment of Contract.

8. 6/28/1989 Letter from to Michael C. Kelly to Stephen M. Chouest, Esquire, re: New Orleans Convention Center.

9. 6/21/1989 Letter from Stephen M. Chouest to Michael C. Kelly, Esq. re: New Orleans Convention Center.

10. 5/23/1989 Letter from to Michael C. Kelly to Stephen M. Chouest, Esq., re: New Orleans Convention Center, with enclosures: (a) 3/14/1989 letter from Michael C. Kelly to Carlton H. Pecot, and (b) 3/14/1989 letter from Michael C. Kelly to William Dickerson.

11. 5/20/1986 Letter from Dan N. Saunders, Jr. to Robert J. Palumbo.

12. 12/20/1983 Letter from Stephen M. Chouest to Alan Kaplan, re: New Orleans Convention Center Food/Beverage Concession Contract.

13. Any and all documents filed in or related to any bankruptcy proceeding of Exquisito Services, Inc. or any affiliate or affiliated person.

14. Any and all documents related to any purported assignment by Exquisito Services, Inc. of its interest in and to the Joint Venture/Partnership Agreement between ARA Leisure Services, Inc. and Exquisito Services, Inc. and/or the Food/Beverage Concession Contract for the New Orleans Convention Center between New Orleans Public Facility Management, Inc. and the

joint adventure/partnership comprised of ARA Leisure Services, Inc. and Exquisito Services, Inc.

15. Any document listed as an exhibit by any other party to this litigation.

16. Any and all documents relating in any way to Mr. Dickerson's knowledge of the termination of the interest of Exquisito Services, Inc. in the Joint Venture agreement and/or of the assignment of the Food/Beverage Concession Contract for the New Orleans Convention Center from the Joint Venture to ARA Leisure Services, Inc.

17. Any document subsequently identified in discovery in this matter, including, but not limited to depositions which may be taken.

18. Any pleadings and exhibits filed in the record of this matter.

Respectfully submitted this 4th day of January, 2002.

E. FREDRICK PREIS, JR. (10704)
CRAIG L. CAESAR, T.A. (19235)
McGLINCHEY STAFFORD
A Professional Limited Liability Company
643 Magazine Street
New Orleans, LA 70130
Telephone (504) 586-1200
Fax (504) 596-2800

**ATTORNEYS FOR ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC. AND JOSEPH NEUBAUER**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this day been forwarded to all counsel of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed this 4th day of January, 2002.

_____
CRAIG L. CAESAR