UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EXQUISITO SERVICES. INC., ET AL | CIVIL ACTION |
| VERSUS | NO. 00-49 |
| ARAMARK, INC., ET AL | SE CTION "S" (5) |

**PLAINTIFFS' WITNESS LIST**

PLAINTIFFS, Exquisito Services, Inc., and William Dickerson respectfully submit their witness list as follows. Plaintiffs reserve the right to amend their list of witnesses.

A. Plaintiffs may call:

1. Self - facts
2. Joseph Neubauer - facts
3. Deborah Vegh - facts regarding fiscal affairs of the joint venture between the parties.
4. Charles M. Gillensie - facts
5. Michael C. Valley - facts
6. Al         - facts
7. Raymond Liuzza- facts.
8. Mr. Wesly- facts
9. Warren Chandler-facts
10. Carlton Pecot-facts
11. Milton Harris-facts

12. Morris Alback- facts

13. Steven Schpiest- facts

14. Atty. Joseph Berrigan- facts

15. Dr. Thompson- Expert witness, economist

16. Robert Polumbo- facts

17. John Dee - facts

18. Atty. William Aaron-facts

19. Ray Davis-facts

20. Morris Alback-facts

21. Any witness listed by any party.

Respectfully submitted:

Linda Ritzie
La Bar Roll #20342
3408 North Beltline Dr.
Mobile, Alabama 31617
(251) 452-3512

ATTORNEY FOR PLAINTIFF

## CERTIFICATE

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record, by United States mail, postage prepaid.

Mobile, Alabama, this 4th day of January, 2002.

Linda Ritzie