```
                                           FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA
                                    2002 JAN -7 PM 4:58
                                       LORETTA G. WHYTE
                                             CLERK
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EXQUISITO SERVICES. INC., ET AL | CIVIL ACTION |
| VERSUS | NO. 00-49 |
| ARAMARK, INC., ET AL | SECTION "S" (5) |

## PLAINTIFFS' EXHIBIT LIST

PLAINTIFFS, Exquisitio Services, Inc., and William Dickerson respectfully submit their exhibit list as follows. Plaintiffs reserve the right to amend their list of exhibit:

A.   Plaintiffs may introduce:

1. A copy of the original joint venture/partnership agreement, dated December 13, 1983.

2. A copy of the food service concession contract between the parties.

3. A copy of the food service concession contract between New Orleans Public Facility Management, Inc., and ARA Leisure Services, Inc., dated October 13, 1989.

4. Copy of a hold harmless letter from Aramark to NOPSI.

5. Accounting records of the fiscal affairs of the joint venture (1983-1989).

6. Accounting records of the fiscal affairs of New Orleans Public Facility Management, Inc., and ARA Leisure Services, Inc..

7. A copy of the New Orleans Codes in effect in 1983.

8. Any exhibit listed by any party.



                    Respectfully submitted:

                    *Linda Ritzie*
Linda Ritzie
La Bar Roll #20342
3408 North Beltline Dr.
Mobile, Alabama 31617
(251) 452-3512

ATTORNEY FOR PLAINTIFF

## CERTIFICATE

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record, by United States mail, postage prepaid.

Mobile, Alabama, this 4th day of January, 2002.

                    *Linda Ritzie*
Linda Ritzie