```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2002 JAN -7  PM 4:49

                                LORETTA G. WHYTE
                                     CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
JANUARY 4, 2002

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

EXQUISITO SERVICES INC., ET AL.            CIVIL ACTION

VERSUS                                     NUMBER: 00-0049

ARAMARK INC., ET AL.                       SECTION: "S"(5)


A settlement conference was conducted in the above matter this date.

   PRESENT:  Craig Caesar
             Linda Ritzie

There will be a further settlement conference herein on January 9, 2001 at 9:00 a.m. before the undersigned.

                                     ALC
                                _____
                                ALMA L. CHASEZ
                                UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JAN 0 8 2002

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No.32