

*FILED*
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN 16 PM 2: 15

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXQUISITO SERVICES, INC. AND | * | CIVIL ACTION |
| WILLIAM DICKERSON | * | NO. 00-0049 |
| Plaintiffs | * | |
| | * | |
| VERSUS | * | SECTION "S" |
| | * | |
| ARAMARK, INC., FORMERLY | * | |
| KNOWN AS A.R.A., INC.; AND | * | MAGISTRATE "5" |
| JOSEPH NEUBAUER | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \*

### JOINT MOTION TO CONTINUE TRIAL AND
### RESET CERTAIN PRETRIAL DEADLINES

**NOW INTO COURT**, through undersigned counsel, comes defendant, ARAMARK Sports and Entertainment Services, Inc. ("ARAMARK" or "Defendant") and plaintiffs, Exquisito Services, Inc ("Exquisito") and William Dickerson ("Dickerson") (collectively "Plaintiffs"), who respectfully requests this Court to extend certain of the pretrial deadlines set by the Court in its July 26, 2001 Scheduling Order. Specifically, Defendant seeks to have the deadlines for the following actions extended as follows:

1. Trial shall commence on ~~April 22~~ May 6, 2002, at 9:00 a.m.

2. The Pretrial Conference in this matter shall be held in chambers on March 22, 2002 at ~~10:00~~ 9:30 a.m.

DATE OF ENTRY
JAN 1 7 2002

3. The Pretrial Order shall be submitted to the Court in chambers by 4:30 p.m., March 19, 2002.

4. Discovery shall be completed by February 19, 2002.

5. All pretrial motions shall be filed so that they may be heard by the Court no later than March 6, 2002.

6. All other pretrial deadlines shall be determined in accordance with the Scheduling Order dated July 26, 2001.

These revised deadlines have been discussed with the Court's courtroom deputy in advance of the submission of this Motion.

Respectfully submitted this 16th day of January, 2002

_____
E. FREDRICK PREIS, JR. (10704)
CRAIG L. CAESAR, T.A. (19235)
McGLINCHEY STAFFORD
A Professional Limited Liability Company
643 Magazine Street
New Orleans, LA 70130
Telephone (504) 586-1200
Fax (504) 596-2800

**ATTORNEYS FOR ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC. AND JOSEPH NEUBAUER**

_____
LINDA RITZIE (20342)
3408 North Beltline Drive
Mobile, ALA
Telephone (251) 452-3512
Fax (251) 452-3512

**ATTORNEY FOR EXQUISITO SERVICES, INC. AND WILLIAM DICKERSON**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this day been forwarded to all counsel of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed this 16th day of January, 2002.

*Craig L. Caesar*
Craig L. Caesar

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXQUISITO SERVICES, INC. AND  WILLIAM DICKERSON      Plaintiffs | * * * * | CIVIL ACTION  NO. 00-0049 |
| VERSUS | * * | SECTION "S" |
| ARAMARK, INC., FORMERLY  KNOWN AS A.R.A., INC.; AND  JOSEPH NEUBAUER      Defendants | * * * * | MAGISTRATE "5" |

\* \* \* \* \* \* \* \*

## O R D E R

CONSIDERING the foregoing Joint Motion to Continue Trial and Reset Certain Pretrial Deadlines;

IT IS HEREBY ORDERED that the Motion be GRANTED, and that the deadlines set forth in the attached Motion be extended as specified.

New Orleans, Louisiana, this _17_ day of _January_ 2002.

_____
JUDGE