```
                                        FILED
                                U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                                 2002 FEB -5 AM 10: 45

                                  LORETTA G. WHYTE
                                       CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
FEBRUARY 1, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EXQUISITO SERVICES INC., ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 00-0049 |
| ARAMARK INC., ET AL. | SECTION: "S"(5) |

A settlement conference was conducted in the above matter on January 9, 2002.

PRESENT: Craig Caesar
Linda Ritzie

There will be a further settlement conference herein on March 7, 2002 at 11:00 a.m. before the undersigned.

A telephone status conference was also conducted on this date.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
FEB 0 5 2002