FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB 19 PM 4: 25

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXQUISITO SERVICES, INC. AND WILLIAM DICKERSON<br>    Plaintiffs | * * | CIVIL ACTION<br>NO. 00-0049 |
| VERSUS | * | SECTION "S" |
| ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC. AND JOSEPH NEUBAUER,<br>    Defendants | * * | MAG. DIV. 5 |

\* \* \* \* \* \* \* \*

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1E, defendants ARAMARK Sports and Entertainment Services, Inc. and Joseph Neubauer (collectively "defendants"), request oral argument on their Motion for Summary Judgment. The defendants assert that the issues in this case are of such

significance and complexity that oral argument will be helpful to the Court and of benefit to the parties in responding to the Court's concerns regarding these issues.

Respectfully submitted,

*[signature]*

E. FREDRICK PREIS, JR. (10704)
CRAIG L. CAESAR, T.A. (19235)
McGLINCHEY STAFFORD
Professional Limited Liability Company
643 Magazine Street
New Orleans, LA 70130
Telephone (504) 586-1200
Fax (504) 596-2800

**ATTORNEYS FOR ARAMARK SPORTS
AND ENTERTAINMENT SERVICES, INC.
AND JOSEPH NEUBAUER**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this day been forwarded to all counsel of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed this 19th day of February, 2002.

*[signature]*
Craig L. Caesar

316210.1