U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB 2 1 2002
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EXQUISITO SERVICES, INC. ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0049** |
| **ARAMARK SPORTS ET AL.** | **SECTION: "S" (5)** |

### ORDER

**IT IS HEREBY ORDERED** that Defendants' Request for Oral Argument on their Motion for Summary Judgment (Document #35) is granted. Argument is limited to twenty minutes per side.

New Orleans, Louisiana, this 20th day of February, 2002.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
FEB 2 1 2002

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No.____