```
                                              FILED
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                       2002 MAR -6  PM 4:12

                                        LORETTA G. WHYTE
                                             CLERK
```

MINUTE ENTRY
VIAL LEMMON, J.
MARCH 6, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EXQUISITO SERVICES, INC.                     CIVIL ACTION

VERSUS                                        NO. 00-49

ARAMARK SPORTS & ENTERTAINMENT                SECTION "S"


JUDGE MARY ANN VIAL LEMMON PRESIDING


**WEDNESDAY, MARCH 6, 2002 AT 10:00 A.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT REPORTER:   Cindy Usner

APPEARANCES:    Linda Ritzie for plaintiffs
                Craig L. Caesar for defendant


**MOTION OF DEFENDANTS FOR SUMMARY JUDGMENT (#35)**

**MOTION OF DEFENDANTS TO STRIKE PLAINTIFF'S WITNESSES AND EXHIBITS (#36)**


Arguments presented by counsel.

Motions taken under submission.


DATE OF ENTRY
MAR 0 7 2002

