```
                                            FILED
                                      U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA

                                     2002 MAR -8 PM 12: 22

                                       LORETTA G. WHYTE
                                            CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
MARCH 7, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EXQUISITO SERVICES, INC., ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 00-0049 |
| ARAMARK, INC., ET AL. | SECTION: "S"(5) |

A settlement conference was conducted in the above matter this date.

PRESENT: Linda Ritzie, Craig Caesar

Counsel are to notify the Court once the pending motion for summary judgment has been ruled upon by the District Judge. A further conference will be scheduled, if need be, thereafter.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAR 0 8 2002

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep__
___ Doc. No.__