FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAR 21  AM 9:50

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EXQUISITO SERVICES, INC.,** *ET AL.* | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0049** |
| **ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC.** *ET AL.* | **SECTION "S" (5)** |

## ORDER AND REASONS

Defendants ARAMARK Sports and Entertainment Services, Inc. and Joseph Neubauer have filed a motion for summary judgment (Document 35). **IT IS HEREBY ORDERED** that defendants' motion for summary judgment that plaintiffs' claims are time barred is **DENIED**. Defendants have offered no proof that the notices provided in the letters of March 14, 1989 were received by Exquisito, William Dickerson, or Carlton Pecot. Defendants have not cited any law to support an argument that the sending of notice to the address supplied in the contract is adequate where the contract does not specify that it is.

IT IS HEREBY ORDERED that defendants' motion to strike plaintiffs' expert witness is **GRANTED**. Plaintiffs have not complied with court rules. **IT IS FURTHER ORDERED** that defendants' unopposed motion to strike Joseph Neubauer and "Al" from plaintiffs' witness list and

DATE OF ENTRY
MAR 2 1 2002



"Copy of hold harmless letter from ARAMARK to NOPSI" and "A copy of the New Orleans Codes in effect in 1983" from plaintiffs' exhibit list is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant Joseph Neubauer's unopposed motion to dismiss is hereby **GRANTED**.

New Orleans, Louisiana this 20 day of March, 2002.

Mary Ann Vial Lemmon
United States District Judge

2