FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAR 26 PM 1: 58

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**MARCH 22, 2002**
**LEMMON, J.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EXQUISITO SERVICES, INC.,** *et al.* | **CIVIL ACTION** |
| **VERSUS** | **NO.  00-0049** |
| **ARAMARK, INC.,** *et al.* | **SECTION "S" (5)** |

The court held a pretrial conference on March 22, 2002.  Present:  Linda Ritzie representing plaintiffs; Craig L. Caesar representing defendants.  Settlement possibilities were discussed.  Trial will commence on May 6, 2002 without a jury.

Fee_____
Process_____
X  Dktd_____
CtRmDep_____
Doc.No._____

DATE OF ENTRY
MAR 2 6 2002