FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2002 APR 16 PM 12: 19
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EQUISITO SERVICES, INC., | * | CIVIL ACTION |
| and WILLIAM DICKERSON | * | |
|     Plaintiffs | * | NO. 00-0049 |
| VERSUS | * | |
| | * | SECT. S |
| ARAMARK, SPORTS AND | * | |
| ENTERTAINMENT SERVICES, INC., | * | MAG. 5 |
| And JOSEPH NEUBAUER | * | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED MOTION TO AMEND PRETRIAL ORDER
### TO ADD OMITTED EXHIBIT

**NOW COME,** plaintiffs, Exquisito Services, Inc. and William Dickerson through undersigned counsel and upon suggesting to the Court that plaintiffs, move the court to allow them to amend the pre-trial order to add an exhibit that was included on plaintiff's exhibit and witness list but inadvertently not added to the pretrial order.

Counsel for plaintiffs has conferred with opposing counsel who has advised her that his client has no objection to the pretrial order being amended.

**WHEREFORE,** plaintiffs move the court to allow them to amend the pretrial order to include the omitted evidence.

Respectfully Submitted:

Linda Ritzie, (#20342)
3408 Beltline Drive
Mobile, ALA 36617
(334) 452-3512

DATE OF ENTRY
APR 17 2002

Fee____
Process____
X / Dktd____
/ CtRmDep____
Doc. No. 45

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EQUISITO SERVICES, INC., | * | CIVIL ACTION |
| and WILLIAM DICKERSON | * | |
|     Plaintiffs | * | NO. 00-0049 |
| VERSUS | * | |
| | * | SECT. S |
| ARAMARK, SPORTS AND | * | |
| ENTERTAINMENT SERVICES, INC., | * | MAG. 5 |
| And JOSEPH NEUBAUER | * | |
|     Defendants | * | |

* * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion to Amend Pretrial Order;

**IT IS ORDERED**, that the ~~complaint be~~ *pre-trial order* and is hereby allowed to be amended to add the omitted exhibit as prayed for.

New Orleans, Louisiana, this _17_ day of _April_, 2002.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EQUISITO SERVICES, INC., | * | CIVIL ACTION |
| and WILLIAM DICKERSON | * | |
| Plaintiffs | * | NO. 00-0049 |
| VERSUS | * | |
| | * | SECT. S |
| ARAMARK, SPORTS AND | * | |
| ENTERTAINMENT SERVICES, INC., | * | MAG. 5 |
| And JOSEPH NEUBAUER | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * *

MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO
AMEND PRETRIAL ORDER TO ADD OMITTED EXHIBIT

MAY IT PLEASE THE COURT:

This memorandum is respectfully submitted in support of the motion to amend the pretrial order to allow plaintiffs to add an omitted exhibit.

On or about, January 4, 2002, plaintiff submitted their proposed witness and exhibit list according to the scheduling order. Included in the list of exhibit list was the October 13, 1989 food service concession contract between New Orleans Public Facility Management, Inc, and ARA Leisure Services, Inc. however that exhibit was inadvertently not included on plaintiffs' exhibit list in the pretrial order. Without the exhibit plaintiff will suffer irreparable harm. Thus, in order to avoid any injustice to the plaintiffs they should be allowed to amend the pretrial order to include the omitted exhibit. Moreover, the defendant does not object to the pretrial order being amended.

3

In conclusion, the plaintiffs should be allowed to amend the pretrial order to include the omitted exhibit

Respectfully submitted:

*[signature]*
Linda Ritzie, (#20342)
3408 North Beltline Dr.
Mobile, Alabama 36617
(334) 452-3512

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EQUISITO SERVICES, INC.,** * | **CIVIL ACTION** |
| **and WILLIAM DICKERSON** * | |
| Plaintiffs * | **NO. 00-0049** |
| **VERSUS** * | |
| * | **SECT. S** |
| **ARAMARK, SPORTS AND** * | |
| **ENTERTAINMENT SERVICES, INC.,** * | **MAG. 5** |
| **And JOSEPH NEUBAUER** * | |
| Defendants * | |

* * * * * * * * * * * * * * * * *

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that at copy of the above and foregoing Motion for Reconsideration and memorandum in support has been served on Mr. Craig Caesar, 643 Magazine St., New Orleans, La 70130, via U. S. Mail, postage prepaid and properly addressed.

Mobile, Alabama this 15th day of April, 2002.

_____
Linda Ritzie