FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 23 PM 4:49

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXQUISITO SERVICES, INC. AND WILLIAM DICKERSON | * | CIVIL ACTION |
| Plaintiffs | * | NO. 00-0049 |
| VERSUS | * | SECTION "S" |
| ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC. AND JOSEPH NEUBAUER, | * | MAG. DIV. 5 |
| Defendants | * | |

* * * * * * * *

### MOTION AND ORDER TO ENROLL
### AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, ARAMARK Sports and Entertainment Services, Inc. ("ARAMARK"), and respectfully requests that this Honorable Court enroll as additional counsel of record on behalf of ARAMARK, in the captioned matter, ANNE D. LE JEUNE (La. Bar Roll No. 24829) of McGlinchey Stafford, PLLC, 643 Magazine Street, New Orleans, Louisiana, 70130. The enrollment of Anne D. Le Jeune, as additionally counsel for ARAMARK will not delay the trial of this matter.

DATE OF ENTRY
APR 2 5 2002



Accordingly, on behalf of ARAMARK, the undersigned counsel move this Court for an Order enrolling Anne D. Le Jeune of the law firm of McGlinchey Stafford as counsel of record for ARAMARK Sports and Entertainment Services, Inc.

Respectfully submitted this 23rd day of April, 2002.

*[signature]*
E. FREDRICK PREIS, JR. (10704)
CRAIG L. CAESAR, T.A. (19235)
McGLINCHEY STAFFORD
Professional Limited Liability Company
643 Magazine Street
New Orleans, LA 70130
Telephone (504) 586-1200
Fax (504) 596-2800

**ATTORNEYS FOR ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this day been forwarded to all counsel of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed this 23rd day of April, 2002.

*[signature]*
Craig L. Caesar

329275.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXQUISITO SERVICES, INC. AND WILLIAM DICKERSON  Plaintiffs | * * | CIVIL ACTION NO. 00-0049 |
| VERSUS | * | SECTION "S" |
| ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC. AND JOSEPH NEUBAUER,  Defendants | * * | MAG. DIV. 5 |

\* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing:

IT IS ORDERED BY THE COURT, that Anne D. Le Jeune of the law firm of McGlinchey Stafford, be and is hereby permitted to enroll as additional counsel of record for defendant, ARAMARK Sports and Entertainment Services, Inc. ("ARAMARK"),

New Orleans, Louisiana, this 24 day of April, 2002.

JUDGE, UNITED STATES DISTRICT COURT

329275.1