FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 22  PM 4: 37

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EXQUISITO SERVICES, INC. AND WILLIAM DICKERSON**  Plaintiffs | *    CIVIL ACTION  *    NO. 00-0049 |
| **VERSUS** | *    SECTION "S" |
| **ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC. AND JOSEPH NEUBAUER,**  Defendants | *    MAG. DIV. 5  * |

\*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, comes defendant, ARAMARK Sports and Entertainment Services, Inc. ("ARAMARK"), which requests an expedited hearing on its Motion to Strike Exhibits for Plaintiffs' Failure to Comply with Scheduling Order because the matters therein will affect Plaintiffs' and Defendants' preparation for trial in this matter, which is presently set for May 6, 2002. An expedited hearing of this matter should be conducted in the interest of justice.

DATE OF ENTRY
APR 2 5 2002

Respectfully submitted this 22nd day of April, 2002.

*/s/ Craig L. Caesar/*

E. FREDRICK PREIS, JR. (10704)
CRAIG L. CAESAR, T.A. (19235)
MCGLINCHEY STAFFORD
Professional Limited Liability Company
643 Magazine Street
New Orleans, LA 70130
Telephone (504) 586-1200
Fax (504) 596-2800

**ATTORNEYS FOR ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this day been forwarded to all counsel of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed this 22nd day of April, 2002.

*/s/ Craig L. Caesar/*
Craig L. Caesar

328474 1

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXQUISITO SERVICES, INC. AND WILLIAM DICKERSON **Plaintiffs** | * * | CIVIL ACTION NO. 00-0049 |
| VERSUS | * | SECTION "S" |
| ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC. AND JOSEPH NEUBAUER, **Defendants** | * * | MAG. DIV. 5 |

\* \* \* \* \* \* \* \*

## ORDER

IT IS ORDERED that the Motion to Strike Exhibits for Plaintiffs' Failure to Comply with Scheduling Order of defendant, ARAMARK Sports and Entertainment Services, Inc. ("ARAMARK"), be set for hearing on _April 30,_ 2002 at ~~10:00 a.m.~~ 5:00 p.m. or as soon thereafter as counsel may be heard, before the Honorable Mag. Judge _Chasez_, United States District Court, Eastern District of Louisiana.

New Orleans, Louisiana, this _24_ day of _April_, 2002.

_____
MAG. JUDGE, UNITED STATES DISTRICT COURT

328474.1