

MINUTE ENTRY
CHASEZ, M.J.
APRIL 24, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EXQUISITO SERVICES, INC., ET AL.        CIVIL ACTION

VERSUS                                  NUMBER: 00-0049

ARAMARK, INC., ET AL.                   SECTION: "S"(5)


A settlement conference in the above matter is hereby **SCHEDULED** for April 30, 2002 at 5:00 p.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

　　　　　　　　　　　　　　　　　　ALMA L. CHASEZ
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
APR 25 2002