FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 26 PM 5: 13

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXQUISITO SERVICES, INC. AND WILLIAM DICKERSON<br>    Plaintiffs | * * * * | |
| | * | CIVIL ACTION |
| | * | NO. 00-0049 |
| VERSUS | * | |
| | * | SECTION "S" |
| ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC. AND JOSEPH NEUBAUER,<br>    Defendants | * * * * | MAG. DIV. 5 |

\* \* \* \* \* \* \* \*

## ERNEST N. MORIAL NEW ORLEANS EXHIBITION HALL AUTHORITIES' MOTION TO FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, comes the Ernest N. Morial New Orleans Exhibition Hall Authority (the "Authority"), which is not a party to the captioned proceedings, which requests an expedited hearing on its Motion to Quash Plaintiffs' Subpoena Duces Tecum served on the Authority. An expedited hearing of this matter should be conducted in the interest of justice as Plaintiffs' Subpoena requires immediate production of documents in Mobile, Alabama -- over 100 miles from the Authority's location.

The Authority is aware that the parties to this lawsuit have a motion set for hearing before Magistrate Judge Alma L. Chasez, at 5:00 p.m. on April 30, 2002. The Authority respectfully

DATE OF ENTRY
MAY 0 3 2002

requests that the hearing on this Motion to Quash also be set at that time, in the interest of judicial economy.

                              Respectfully submitted,

                              _____
                              MATTHEW P. CHENEVERT (Bar No. 4026)
                              General Counsel
                              Ernest N. Morial New Orleans Exhibition
                                  Hall Authority
                              900 Convention Center Boulevard
                              New Orleans, LA 70130
                              Tel:   504-582-3073
                              Fax:  504-582-3031

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of this pleading to be served upon all parties and counsel of record by depositing same into the U.S. Mail, postage prepaid and properly addressed, this 26th of April, 2002.

                              _____
                              MATTHEW P. CHENEVERT

330197.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXQUISITO SERVICES, INC. <br> AND WILLIAM DICKERSON <br>     Plaintiffs <br><br> VERSUS <br><br> ARAMARK SPORTS AND <br> ENTERTAINMENT SERVICES, INC. <br> AND JOSEPH NEUBAUER, <br>     Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> NO. 00-0049 <br><br> SECTION "S" <br><br> MAG. DIV. 5 |

\*   \*   \*   \*   \*   \*   \*   \*

## ORDER

CONSIDERING THE FOREGOING Motion To Quash Plaintiffs' Subpoena Duces Tecum filed by Ernest N. Morial New Orleans Exhibition Hall Authority (the "Authority"),

IT IS ORDERED that the Authority's Motion to Quash Plaintiffs' Subpoena Duces Tecum be set for hearing on _April 30_, 2002, at _5:00 p.m._ or as soon thereafter as counsel may be heard, before the Honorable Judge _Alma L. Chasez_, United States District Court for the Eastern District of Louisiana.

New Orleans, Louisiana, this _30_ day of _April_, 2002.

_Alma L. Chasez_
MAgistrate JUDGE, UNITED STATES DISTRICT COURT

330214.1