FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAY -2 PM 4:40

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
APRIL 30, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EXQUISITO SERVICES, INC., ET AL.                CIVIL ACTION

VERSUS                                          NUMBER: 00-0049

ARAMARK, INC., ET AL.                           SECTION: "S"(5)

HEARING ON MOTION

APPEARANCES:   Craig Caesar, Anne LeJeune, Linda Ritzie, Matt
Chenevert

MOTION:

(1)   Aramark's Motion to Strike Exhibits for Plaintiff's Failure to
Comply with Scheduling Order (Rec. doc. 48);
(2)   Ernest N. Morial New Orleans Exhibition Hall Authorities'
Motion to Quash Plaintiffs' Subpoena Duces Tecum (Expedited).

_____:   Continued to

_____:   No Opposition

_____:   Opposition

DATE OF ENTRY
MAY 03 2002

57

_____ :    Local Rules 37.1E, 33.2, 36.1, 7.6E


<u>ORDERED</u>

_____ :    Dismissed as moot.

_____ :    Dismissed for failure of counsel to appear.

__2__ :    Granted.

_____ :    Denied.

__1__ :    Other. Granted as to the "Accounting records of the
            fiscal affairs of New Orleans Public Facility Management,
            Inc." and denied as to "Accounting records for the fiscal
            affairs of the joint venture (1983-1989)".


                         _____
                              ALMA L. CHASEZ
                         UNITED STATES MAGISTRATE JUDGE