

MINUTE ENTRY
CHASEZ, M.J.
APRIL 30, 2002

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

EXQUISITO SERVICES, INC., ET AL.         CIVIL ACTION

VERSUS                                             NUMBER: 00-0049

ARAMARK, INC., ET AL.                SECTION: "S"(5)


      The court took up the motion to quash the trial subpoena issued by plaintiff to Joseph Berrigan.

      PRESENT:  Linda Ritzie, Craig Caesar, Anne LeJeune, Matthew Chenevert

      In light of the fact that the subpoena has been improperly served upon Joseph Berrigan, the motion to quash is granted.

      The Court further notes that Mr. Berrigan is presently scheduled to be out of the state from May 5, 2002 through May 10, 2002. The Court, therefore, suggested to counsel for plaintiff that, if Mr. Berrigan were a crucial part of plaintiff's case, the

DATE OF ENTRY
MAY 0 6 2002



taking of his deposition for perpetuation purposes, prior to trial, might be a viable alternative which plaintiff might wish to pursue.

Counsel for the Ernest N. Morial New Orleans Exhibition Hall Authority, who filed the motion to quash, advised all parties that Mr. Berrigan has little, if any, personal first-hand knowledge of matters pertaining to this litigation. Counsel stated that Mr. Berrigan was not involved in the negotiation of the original contract between the parties to this litigation in December, 1983; nor was he involved in any subsequent contract which might have excluded the plaintiffs from participation in profits from the food/beverage concession agreement with the New Orleans Convention Center.

All this having been discussed, the Court advised counsel for plaintiff that, if she wishes to verify this first hand from Mr. Berrigan, a perpetuation deposition might be an appropriate vehicle to do so.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

2