FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 26 PM 5: 11

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EXQUISITO SERVICES, INC. AND WILLIAM DICKERSON<br>  Plaintiffs | *<br>* CIVIL ACTION<br>* NO. 00-0049 |
| VERSUS | * SECTION "S" |
| ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC. AND JOSEPH NEUBAUER,<br>  Defendants | *<br>* MAG. DIV. 5<br>* |

\* \* \* \* \* \* \* \*

## MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, comes the Ernest N. Morial New Orleans Exhibition Hall Authority (the "Authority"), which is not a party to the captioned proceedings, which requests an expedited hearing on its Motion To Quash Plaintiffs' Subpoena to Joseph Berrigan, because the matters therein will determine his obligation to appear and testify on May 6, 2002, at the trial in this matter. An expedited hearing of this matter should be conducted in the interest of justice.

The Authority is aware that the parties to this lawsuit have a motion set for hearing before Magistrate Judge Alma L. Chasez, at 5:00 p.m. on April 30, 2002. The Authority respectfully

DATE OF ENTRY
MAY 0 7 2002

requests that the hearing on this Motion to Quash also be set at that time, in the interest of judicial economy.

Respectfully submitted this 26th day of April, 2002.

_____
MATTHEW P. CHENEVERT (Bar No. 4026)
Ernest N. Morial New Orleans
　　Exhibition Hall Authority
900 Convention Center Boulevard
New Orleans, LA 70130
Telephone (504) 582-3073
Fax (504) 582-3031

**ATTORNEY FOR ERNEST N. MORIAL NEW ORLEANS EXHIBITION HALL AUTHORITY AND JOSEPH BERRIGAN**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this day been forwarded to all counsel of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed this 26th day of April, 2002.

_____
Matthew P. Chenevert

330191.1

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXQUISITO SERVICES, INC. AND WILLIAM DICKERSON<br>    Plaintiffs | * * * | CIVIL ACTION<br>NO. 00-0049 |
| VERSUS | * | SECTION "S" |
| ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC. AND JOSEPH NEUBAUER,<br>    Defendants | * * * | MAG. DIV. 5 |

* * * * * * * *

## ORDER

CONSIDERING THE FOREGOING Motion To Quash Plaintiffs' Subpoena to Joseph Berrigan filed by Ernest N. Morial New Orleans Exhibition Hall Authority,

IT IS ORDERED that the Motion to Quash Plaintiffs' Subpoena to Joseph Berrigan, be set for hearing on April 30, 2002, at 5:00 pm ~~10:00 a.m.~~ or as soon thereafter as counsel may be heard, before the Honorable ~~Judge~~ Magistrate Chasez, United States District Court for the Eastern District of Louisiana.

New Orleans, Louisiana, this 30th day of April, 2002.

_____
Magistrate JUDGE, UNITED STATES DISTRICT COURT

330193.1