

**MINUTE ENTRY**
**MAY 7, 2002**
**LEMMON, J.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EXQUISITO SERVICES, INC.,** *et al.* | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0049** |
| **ARAMARK, INC.,** *et al.* | **SECTION "S" (5)** |

    This matter came before the court for trial. Present: Linda Ritzie representing plaintiffs; Craig Caesar and Anne LeJeune representing defendants; and Nancy Peterson of Aramark, Inc. Ms. Ritzie informed the court that her clients had instructed her to dismiss the suit, and orally moved to dismiss plaintiffs' claims against defendants, with prejudice. Motion granted.

DATE OF ENTRY
MAY 0 7 2002

FEE ____
PROCESS ____
CHARGE ____
INDEX ____
ORDER ____
HEARING ____
DOCUMENT No. ____