FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 26  PM 4: 55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXQUISITO SERVICES, INC. AND WILLIAM DICKERSON<br>    Plaintiffs | * * | CIVIL ACTION<br>NO. 00-0049 |
| VERSUS | * | SECTION "S" |
| ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC. AND JOSEPH NEUBAUER,<br>    Defendants | * * | MAG. DIV. 5 |

\* \* \* \* \* \* \* \*

**MOTION AND INCORPORATED SUPPORTING MEMORANDUM
SEEKING LEAVE TO FILE BRIEF IN EXCESS OF TWENTY-FIVE PAGES**

NOW INTO COURT, through undersigned counsel, comes defendant, ARAMARK Sports and Entertainment Services, Inc. ("ARAMARK"), and respectfully requests, pursuant to Uniform District Court Rule 4.01E, that this Court grant ARAMARK leave to file a brief in excess of twenty-five pages. ARAMARK seeks to file its Trial Memorandum, which in order to fully address the many factual and legal issues which will be involved in the trial of this matter, must necessarily exceed the twenty-five page limit normally mandated by Rule 4.01E.

WHEREFORE, ARAMARK respectfully requests that this Court grant this Motion for Leave to File Brief in Excess of Twenty-Five Pages.

Respectfully submitted this 26th day of April, 2002.

*[signature]*

E. FREDRICK PREIS, JR. (10704)
CRAIG L. CAESAR, T.A. (19235)
ANNE D. LE JEUNE (24829)
McGLINCHEY STAFFORD
Professional Limited Liability Company
643 Magazine Street
New Orleans, LA 70130
Telephone (504) 586-1200
Fax (504) 596-2800

**ATTORNEYS FOR ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this day been forwarded to all counsel of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed this 26th day of April, 2002.

*[signature]*
Anne D. Le Jeune

329136.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXQUISITO SERVICES, INC. AND WILLIAM DICKERSON<br>    Plaintiffs | * * | CIVIL ACTION<br>NO. 00-0049 |
| VERSUS | * | SECTION "S" |
| ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC. AND JOSEPH NEUBAUER,<br>    Defendants | * * | MAG. DIV. 5 |

\* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the foregoing Motion and Incorporated Supporting Memorandum Seeking Leave to File Brief in Excess of Twenty-Five Pages, filed by defendant, ARAMARK Sports and Entertainment Services, Inc. ("ARAMARK"),

IT IS HEREBY ORDERED, that said Motion is GRANTED, and that the Clerk of Court is hereby directed to file into the record of this case ARAMARK's Trial Memorandum.

New Orleans, Louisiana, this _____ day of _____, 2002.

_____
**JUDGE, UNITED STATES DISTRICT COURT**

329136.1

# SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED